KENJI M. PRICE #10523
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Edric.Ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA TOMA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | CIVIL NO. 17-00535 KJM<br><br>STIPULATION TO DISMISS ALL PARTIES AND CLAIMS WITH PREJUDICE; ORDER |

STIPULATION TO DISMISS ALL PARTIES
AND CLAIMS WITH PREJUDICE

　　IT IS HEREBY STIPULATED by and between the parties above-named, by

and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii),

Federal Rules of Civil Procedure, that the claims by brought by Plaintiff SANDRA

TOMA in the Complaint be dismissed with prejudice, each party to bear its own fees and costs.  There are no remaining claims or parties.

This document can be signed in counterparts.

DATED:  March 8, 2019, at Honolulu, Hawaii

                                              KENJI M. PRICE
                                              United States Attorney
                                              District of Hawaii

/s/ Arnold Thielens Phillips II        /s/ Edric M. Ching
_____    By _____
ARNOLD THIELENS PHILLIPS II       EDRIC M. CHING
Attorney for Plaintiff                             Assistant U.S. Attorney

SANDRA TOMA                              Attorneys for Defendant
                                              UNITED STATES OF AMERICA

APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii, March 8, 2019.



_____
Kenneth J. Mansfield
United States Magistrate Judge

---

*Sandra Toma v. United States of America*; Civil No. 17-00535 KJM; STIPULATION TO DIMISS ALL CLAIMS AND PARTIES WITH PREJUDICE; ORDER